Tina Jenkins (Plaintiff)
7750 Marlboro Pike
#128
District Height's, MD 20747
(301) 437-2718
VS.

Management (Defendant)
WRC-TV
4001 Nebraska Ave.
NW Washington, DC 20016

08/18/2023



PX· 23CV2267

FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 1 8 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## COMPLAINT AGAINST CHANNEL 4 NEWS

WRC-TV (Channel 4/Channel 4 News) is a television station in Washington, D.C., serving as market's NBC outlet, located at 4001 Nebraska Ave., NW Washington, DC 20016.

1. On Thursday, August 18, 2022 Police responded to a shooting at Prince George's Plaza Mall (Food-Court) located at 3500 East-West Hwy, Hyattsville, MD 20782. The suspect was a black male, wearing denim blue jeans, a long sleeve(s) shirt, and wearing a very long black head covering such as a dreadlock sock. Channel 4 News (helicopter) was live (across the street) from the scene, hovering over Staples located at 2950 Belcrest Center Drive, Hyattsville, Maryland, 20782.

2. The victim (self) is a black female. I was wearing a black women's head scarf, short sleeve(s) shirt, women's black fleece pants, and a backpack.

3. I was present inside of Staples. After leaving of out Staples; I could hear a helicopter above me, I looked up and seen Channel 4 News (helicopter) hovering over the Staples building and aggressively moving towards me. I proceeded to walk to Prince George's Plaza Metro Station to get away from the ciaos.

4. Before I could cross the street to Prince George's Plaza Metro Station; I could

1

hear a helicopter above me. After walking from underneath Metro Shops (building rooftop) located at 2970 Belcrest Center Drive, Hyattsville MD, 20782; I looked up and seen Channel 4 News (helicopter) hovering over me and charging at me, or in other words, aggressively moving towards me.

5. I started walking in reverse, in the opposite direction of the Metro Station, and back in the same direction as before. I could hear a helicopter above me. After walking from underneath Metro Shops (building rooftop); I looked up and seen Channel 4 News (helicopter) hovering over me.

6. I turned around and walked back in the direction of Prince George's Plaza Metro Station; I could hear Channel 4 News helicopter following above Metro Shops building rooftop.

7. I again, started walking in reverse, in the opposite direction of the Metro Station and back in the same direction as before. I could hear Channel 4 News (helicopter) following above Metro Shops building rooftop. At this moment, I stood still; I could hear Channel 4 News (helicopter) hovering over Metro Shops building rooftop directly above the area location where I stood. I waited for approximately 5 minutes to see if Channel 4 News (helicopter) would leave however it did not leave. Strangely, the operator of Channel 4 News (helicopter) knew my whereabouts even underneath Metro Shops building rooftop that blocked their view.

8. I then became frustrated and proceeded to walk forward and upstairs to the crossing bridge that leads to Prince George's Plaza Mall parking lot and shopping center.

9. Two young men out of approximately a group of five that witness Channel 4 News (helicopter) following and hovering over me; followed me (as if I was the suspect) across the crossing bridge and downstairs to further witness the news live in person.

10. Once downstairs I could still see Channel 4 News hovering over Metro Shops building however now over Salon Plaza located not too far from Staples.

11. I proceeded to walk on the sidewalk near Prince George's Plaza parking lot where the police, ambulance, and fire department vehicles were located. There was a crowd of people. I stood there for approximately 4 minutes.

12. I then proceeded to walk back upstairs to the crossing bridge. I stood up on the bridge for awhile filming Channel 4 News (helicopter) as it hovered over Metro Shops building.

13. I then proceeded to walk across the crossing bridge and downstairs back towards Prince George's Plaza Metro Station. I could hear Channel 4 News (helicopter) above Metro Shops building rooftop directly above me following as I walked towards the Metro Station. After walking from underneath Metro Shops (building rooftop); I looked up and seen Channel 4 News (helicopter) hovering over me and charging at me and aggressively moving towards me.

14. At this time, I continued to walk to the Metro Station despite being followed by Channel 4 News (helicopter). Prince George's Plaza Metro Station building rooftop blocked Channel 4 News view.

15. I stood at the station for approximately 10 minutes near (3) Police Officers, one female (white) and (2) males (black) until the station worker announced that no buses were coming to the station or at least through the main entrance of the station due to the police vehicles blocking the entrance.

16. I started walking in reverse, in the opposite direction of the Metro Station, and back in the same direction as before. I could hear a helicopter above me.

3

17. As I walked in reverse, in the opposite direction of the metro bus main entrance I could still hear Channel 4 News helicopter. I then aboard the second metro bus that I saw to get away from the ciaos.

18. I rode the bus halfway out of the Metro Station; then exited. From halfway off the station's premises; I proceeded to walk forward completely away from the Metro Station and down East-West Hwy to the next intersection at Adelphi Road.

19. During the entire walk down East-West Hwy to the intersection at Adelphi Road; I could hear a helicopter above me and I could see a helicopter following. This helicopter appeared to be one of a few of Channel 4 News unidentified helicopters' without the Channel 4 News logo, and will be referred to hereinafter as one of Channel 4 News helicopter(s).

20. At the intersection of East-West Hwy and Adelphi Road, I saw another helicopter of Channel 4 News traveling towards my direction and directly above and over my head in the opposite direction as I was walking.

21. At the intersection, I proceeded to cross the street in the direction of Adelphi Road. I saw a building and went to sit down. I sat at this building for approximately 20 minutes. During the entire time that I sat at this building, I could hear a helicopter above me and see a helicopter hovering over me. This building was located at 3970 Adelphi Road, and was a church; The Church of Jesus Christ.

22. I then stood up in front of the church and proceeded to continue to walk forward down Adelphi Road to the next intersection at Toledo Road. At the intersection between Toledo Road and Adelphi Road; I saw a bus stop, the F8 bus stop, located across the street on Adelphi road.

23. During the entire walk down Adelphi Road to the intersection between Toledo Road and Adelphi Road; I could hear a helicopter above me and I could see a helicopter following.

24. I then proceeded to walk to the bus stop. I sat down and waited to see if one of Channel 4 News helicopter would leave however it did not. The helicopter stopped near the intersection between Adelphi Road and Toledo Road, not too far from Hyattsville Branch Library located at 6530 Adelphi Road, watching me as I sat at the bus stop.

25. There were two Police officers in Police patrol vehicles directly across the street from the bus stop, parked in the parking lot at Prince George's Plaza Community Center located at 6600 Adelphi Road. The officers saw me sitting at the bus stop and one of Channel 4 News helicopter hovering nearby.

26. Despite there being Police officers surrounding the scene during this entire incident and at the community center, the operators of Channel 4 News helicopters' would not leave me alone and stop harassing me.

27. To get away from Channel 4 News; I walked into the forest as if I was a fugitive trying to flee.

28. The forest was University Green Meadows Park forest, located at 6301 Sligo Parkway, Hyattsville, MD 20782. During the entire walk through the forest I could hear a helicopter above me following, and at moments; I could slightly see the helicopter hovering over me above the trees.

29. After approximately 15 minutes; I found somewhere to sit down. I could hear

5

the helicopter searching for me around the forest.

30. Strangely, the helicopter stopped nearby where I was sitting and hovered over me and the area nearby.

31. Suddenly, the time, date, month, and year on my cell phone changed to a different year, month, date, and time.

32. I sat in fear, mentally and psychologically traumatized and physically exhausted for approximately one hour and thirty minutes (almost two hours) before Channel 4 News went away approximately around 6:30 p.m.. I was further unaware as to if I was being aired live on national television as the wrong suspect.

33. I contacted my mother and informed her of the harassment that I was subjected to by Channel 4 News. My mother dialed 911 furious and in rage and reported Channel 4 News employees harassment. She further stated in no uncertain terms that (my daughter is neither the suspect nor a fugitive so stop treating her like a fugitive).

34. My mother contacted Management at Channel 4 News on multiple occasions however no one answered. She left a voice-message for the supervisor regarding her complaint against Channel 4 News and requested a return phone call however no one contacted her.

35. Within days I contacted Management at Channel 4 News however no answer.

Channel 4 News abused its power. Channel 4 News actions were dangers and a malice act. Channel 4 News actions were discriminatory. My privacy was completely invaded by Channel 4 News. I was followed, monitored, harassed, and stalked by Channel 4 News and treated like a fugitive for an extended period of time and hours, for approximately two hours and

thirty minutes almost 3 hours, for no just cause.

Thus, the overall mistreatment of Channel 4 News has been catastrophic. As a direct and proximate result of Channel 4 News intentional harassment; I suffer from mental anguish and emotional distress including but is not limited to anxiety, shock, distress, fear, nervousness, anxiousness, sleeplessness, helplessness, nightmares, psychological distress, insomnia, post traumatic stress, depression, loss of appetite, embarrassment, and humiliation. I now seek appropriate compensatory relief for the above mentioned, and on counts including but is not limited to the following: Abuse of Power, Federal Harassment, Intrusion upon Seclusion, and Discrimination.

Dated: 08 /18/2023

                                        Respectfully submitted,

                                        /s/ TINA JENKINS
                                        Tina Jenkins

## **VERIFICATION**

I hereby declare and affirm under penalty of perjury that statements asserted herein are true and correct to the best of my knowledge, information, and belief.

Dated: August 18, 2023

/s/ TINA JENKINS
Tina Jenkins
7750 Marlboro Pike #128
District Heights, MD 20747

1

## CERTIFICATE OF SERVICES

I, hereby certify that on this 18th day of August 2023, I served a copy of the foregoing to Management, WRC-TV/Channel 4 News via First Class Mail.

>Management
>WRC-TV
>4001 Nebraska Ave.
>NW Washington, DC 20016

>/s/TINA JENKINS
>Tina Jenkins